

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-16-00641-CV

**IN THE ESTATE OF JACK C. GILBERT, JR., DECEASED**,

From the County Court at Law, Kendall County, Texas
Trial Court No. 16-048-PR
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Appellant's emergency motion for a temporary injunction and a stay of the trial court proceedings is DENIED.

It is so ORDERED on October 13, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court